SIGMUND FORNAGIEL, an Infant, by JOE FORNAGIEL, His Guardian ad Litem, et al., Respondents, *v.* CELIA WACHOLDER, Appellant, Impleaded with Others.

(Submitted October 8, 1936; decided October 23, 1936.)

*Everett W. Bovard* and *Leo F. Potts* for appellant.
*Morris H. Hofstadter* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.
Dissenting: CRANE, Ch. J., LEHMAN and O'BRIEN, JJ.